**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DENNIS KITSOCK, individually and as The Beneficiary under the issued policy of insurance, and as Administrator of THE ESTATE OF JOHN KITSOCK, and THE ESTATE OF JOHN KITSOCK,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE GLOBE LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>    Defendant. | CIVIL ACTION NO. 3:12-1729<br><br>(JUDGE CAPUTO) |

**ORDER**

**NOW**, this 5th day of September, 2012, **IT IS HEREBY ORDERED** that Plaintiffs Dennis Kitsock and the Estate of John Kitsock are given leave to file an amended complaint within **twenty-one (21) days** from the date of this order.  If Plaintiffs fail to do so, the action will be dismissed.

                                                                             _/s/ A. Richard Caputo__

                                                                             A. Richard Caputo
                                                                             United States District Judge